**FILED**

U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

SEP 0 2 2022

BY DEPUTY_____

UNITED STATES DISTRICT COURTS
EASTERN DISTRICT OF TEXAS
_SHERMAN_____ DIVISION

Kengee E. Ford

_____

Case Number: 4:22-CV-755
JORDAN/NOWAK

Name of Plaintiff(s)

vs

Stanley Black & Decker

_____

Name of Defendant(s)

COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

Note: If plaintiff is alleging employment discrimination based on race or color, please also see 42:U.S.C. 1981

1.    This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the court by 42 U.S.C. 2000e-5. Equitable and other relief are also sought under 42 U.S.C. 2000e-5(g).

2..    Plaintiff, _Kengee E. Ford_____, is a citizen of the United States
         (name of plaintiff)

and resides at _6301 Friar Ct._____, _Forest Hill_,
                      (street address)                                    (city)

_Tarrant_____, _Texas_, _76119_  _(817)448-7999_
   (county)           (state)      (zip)        (telephone)

3..     Defendant, _Stanley Black &Decker_____, resides at, or its business is
        (name of defendant)

located at _8601 E. Sam Lee Ln_____, _Northlake,__
           (street address)                    (city)

_Denton____, _Texas__ , _76262_ _(817)224-5191_
 (county)      (state)      (zip)      (telephone)

4.      Plaintiff sought employment from the defendant or was employed by the defendant

at _8601 E. Sam Lee Ln_____, _Northlake____,
   (street address)                (city)

_Denton_____, _Texas_____ , _76262____.
 (county)           (state)           (zip)

5.      Defendant discriminated against plaintiff in the manner indicated in paragraphs 9 and 10

of the complaint on or about _February 17 2022_____.
                              (month, day, year)

6.      Plaintiff filed charges against the defendant with the Equal Employment Opportunity
        Commission charging defendant with the acts of discrimination indicated in paragraphs
        9 and 10 of this complaint on or about _March 08 2022_____.
                                               (month, day,  year)

7.      The Equal Employment Commission issued a Notice of Right to Sue which was
        received by plaintiff on _____June 15 2022_____.
                                  (month day, year)

IV:    Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

The parties mentioned allowed too much misconduct to take place. I brought some serious concern to them. I brought the concern too them multiple occasions. I went ignored. I did not want to believe that discrimination was occurring to me. The white counter parts were on a higher pay scale than me. Which was strange since we all started at nearly the same time. I was told to do work at a faster rate with less personnel. White counter parts were not given these same instructions. I was not addressed, some one always came and addressed me with what some one said. I have a full account of details for the past two plus years. Which led to Racial Discrimination, Veteran Discrimination, Unjust Termination and Retaliation.

8. Because of plaintiff's (1) __X__ race, (2) __X__ color, (3) __X__ sex,

(4) __X__ national origin, defendant:

a. _____ failed to employ plaintiff.

b. __X__ terminated plaintiff's employment.

c. _____ failed to promote plaintiff.

d. __X__ Other Military Status Discrimination, Age and Retaliation

_____

9. The circumstances under which the defendant discriminated against plaintiff were as follows:

Plaintiff worked at above listed location, for a significant period of time. In a two and a half work history plaintiff did not obtain a pay raise. Plaintiff was in a leadership position and was not counseled. In the event of not receiving a pay raise, as to which White counter parts. Received a pay raise. and bonuses. Counter parts advised the plaintiff of the following. Managers and supervisors were highly upset at the plaintiff. They wanted to terminate him immediately. Because of complaints which were made in reference to the above listed location. Plaintiff was terminated. The following events did not take place. There was no verbal warning, no written warning and no final warning. These events demonstrate racial bias and prejudice. The plaintiff experienced unequal treatment in many forms. Mainly by his chain of command starting with every department supervisor. Supervisor advised White counter parts that plaintiff would be terminated as soon as possible.

10. The acts set forth in paragraph 9 of this complaint:

    a.   \_\_\_\_\_   are still being committed by defendant.

    b.   \_\_\_\_\_   are no longer being committed by defendant.

    c.   __X__   defendant may still be committing the acts.

11. Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint. WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

    a.   \_\_\_\_\_   Defendant be directed to employ plaintiff.

    b.   \_\_\_\_\_   Defendant be directed to re-employ plaintiff.

    c.   \_\_\_\_\_   Defendant be directed to promote plaintiff.

    d.   \_\_\_\_\_   Defendant be directed to *Compensate apdoju* and that the

Court grant such relief as may be appropriate, including injunctive orders,

damages, costs and attorney's fees.

_____
(Signature of Plaintiff)